**FILED**

JUN 2 4 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

UNITED STATES OF AMERICA, )
)
           Plaintiff, )
)
v. )
)
ARIEL CAMPBELL, )
)
           Defendant. )

CAUSE NO. 1:21-cr-180-TWP-DML

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
18 U.S.C. § 922(a)(6)
False Statement in Connection with Acquisition of a Firearm

On or about February 26, 2021, within the Southern District of Indiana, ARIEL

CAMPBELL, the defendant herein, in connection with the acquisition of a firearm, to wit: a

DCA Inc Red X Arms AR Pistol, serial number DCA009180, from a licensed dealer of firearms

within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and

fictitious written statement to American Arms, which statement was intended and likely to

deceive American Arms as to a fact material to the lawfulness of such acquisition of said firearm

by the defendant under Chapter 44 of Title 18, in that the defendant did falsely declare on an

ATF Form 4473, Firearms Transaction Record, that she was the actual transferee or buyer of said

firearm, when in fact the defendant then knew that she was purchasing said firearm on behalf of

another person,

All in violation of Title 18, United States Code, Section 922(a)(6).

1

COUNT 2
18 U.S.C. § 924(a)(1)(A)
False Statement With Respect To Information Required To Be Kept By Licensed Firearms
Dealer

On or about February 26, 2021, within the Southern District of Indiana, ARIEL

CAMPBELL, the defendant herein, knowingly made a false statement and representation to

American Arms, a licensed dealer of firearms under the provisions of Chapter 44 of Title 18,

United States Code, with respect to information required by the provisions of Chapter 44 of Title

18 to be kept in the records of American Arms, in that the defendant did falsely declare on an

ATF Form 4473 that she was the actual transferee or buyer of a firearm, when in fact the

defendant knew that she was acquiring said firearm on behalf of another person,

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

COUNT 3
18 U.S.C. § 371
Conspiracy to Commit an Offense Against the United States

On or about February 26, 2021, in the Southern District of Indiana, Indianapolis division,

ARIEL CAMPBELL, the defendant herein, and Individual A, a person known to the Grand Jury

and not a defendant herein, did knowingly conspire together to make false and fictitious

statements to American Arms, a licensed dealer of firearms under the provisions of Chapter 44 of

Title 18, United States Code, in that the defendant did falsely declare on an ATF Form 4473 that

she was the actual transferee or buyer of a firearm, when in fact the defendant then knew that she

was acquiring said firearm on behalf of Individual A.

2

## MANNER AND MEANS OF THE CONSPIRACY

1.  It was part of the conspiracy that ARIEL CAMPBELL obtained a firearm from a Federal Firearms Licensee (FFL) on behalf of Individual A, a convicted felon, and provided Individual A with a firearm.

## OVERT ACTS

1.  On or about February 26, 2021, ARIEL CAMPBELL travelled to American Arms, a gun store in Bloomington, Indiana.

2.  On or about February 26, 2021, ARIEL CAMPBELL and Individual A communicated through a series of text messages.   During the text message conversations, Individual A sent CAMPBELL a picture of an AR-15 pistol.

3.  On or about February 26, 2021, ARIEL CAMPBELL sent a text message to Individual A in which CAMPBELL said, "I'll grab guns for you whenever, I really don't care."

4.  On or about February 26, 2021, ARIEL CAMPBELL purchased a DCA Inc Red X Arms AR Pistol, for Individual A at American Arms in Bloomington, Indiana.

5.  On or about and between February 26, 2021, and March 5, 2021, CAMPBELL provided the DCA Inc Red X Arms AR Pistol to Individual A.

## FORFEITURE ALLEGATION

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.   The allegations in this indictment are re-alleged as if fully set forth herein.

2. Pursuant to Title 18, United States Code, Section 924(d), if convicted of an offense set forth in this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in or used in" the offense.

3. The property subject to forfeiture includes, but is not necessarily limited to:

    a.   One DCA Inc Red X Arms AR Pistol, serial number DCA009180; and

    b.   Any ammunition and magazines involved in the offense.

JOHN E. CHILDRESS
Acting United States Attorney

By: _____
Kelsey L. Massa
Assistant United States Attorney

4