UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Cause No.   1:21-cr-000180-TWP-KMB |
| ARIEL CAMPBELL, | ) ) | - 01 |
| Defendant. | ) ) | |

## REPORT AND RECOMMENDATION

On January 2, 2025, and March 5, 2025, the Court held hearings on the Petition for Warrant or Summons for Offender Under Supervision filed on December 17, 2024.  [Dkt. 77.] Defendant Campbell appeared in person with her appointed FCD counsel Leslie Wine.  The government appeared by AUSA Nate Walter and AUSA Kelsey Massa.  USPO appeared by Ross Carothers.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Campbell of her rights and ensured she had a copy of the Petition.  Defendant Campbell orally waived her right to a preliminary hearing.

2. After being placed under oath, Defendant Campbell admitted Violation Nos. 1 and 2 as set forth in the Petition.  [Dkt. 77.]

Government orally moved to dismiss the remaining Violation No. 3, which motion was granted by the Court; Violation No. 3 was dismissed.

3. The allegations to which Defendant admitted, as fully set forth in the Petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not commit another federal, state, or local crime."** |
| | On December 16, 2023, the offender was arrested in Monroe County, Indiana, for Operating a Vehicle While Intoxicated. Her blood alcohol content was .18 on a certified instrument. On September 30, 2024, she pleaded guilty to a misdemeanor, and she was sentenced to 5 days in jail, 360 days probation (consecutive to her federal supervision), substance abuse treatment, and 25 hours of community service. |
| 2 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."** |
| | On October 30, 2024, the offender submitted a urine sample that was positive for cannabinoids. On December 17, 2024, she submitted another urine sample, and she admitted to consuming marijuana two weeks prior. The results of that urinalysis is pending. |
| | As previously reported to the Court, on April 9, 2024, and June 17, 2024, the offender submitted a urine samples that was positive for cannabinoids. |

4. The Court finds that:

    (a) The highest grade of violation is a Grade C violation.

    (b) Defendant's criminal history category is I.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 3 to 9 months' imprisonment.

5. The parties jointly recommended a sentence of 3 months incarceration, with no supervised release to follow. Defendant requested placement in the Atwood Program at FMC Lexington, Kentucky.

The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in

Violation Nos. 1 and 2 of the Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of three (3) months, with no supervised release to follow. If deemed appropriate by the Bureau of Prisons, the Magistrate Judge further recommends Defendant Campbell's placement in the Atwood Program at FMC Lexington, Kentucky.

Defendant Campbell was taken into custody pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to this Report and Recommendation.

Dated: 6 MAR 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system